NOT FOR PUBLICATION

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| NATIONAL ELECTRICAL BENEFIT FUND, et al.,<br><br>Plaintiffs,<br><br>EASTERN ELECTRIC CORPORATION OF NEW JERSEY<br><br>Defendant. | Civil Action No.: 09-mc-127(PGS)<br><br>**DISBURSEMENT ORDER** |

The Clerk of the Court is Ordered to disburse to the firm of Oransky, Scaraggi & Borg. P.C., counsel for Plaintiffs, the sum of $12,575.17.

April 15, 2010

_____

PETER G. SHERIDAN, U.S.D.J.